IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS,
SHERMAN DIVISION

Jeffrey Ray,
Plaintiff,

v.                                                      Civil Action No. 4:11-cv-00091-MHS

Wells Fargo Bank, N.A.,
Trans Union LLC, Equifax Information
Services, LLC,
Experian Information Solutions, Inc.,
and CSC Credit Services, Inc.,
Defendants.

## STIPULATION OF DISMISSAL

Plaintiff and defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Jeffrey Ray; defendant is Experian Information Solutions, Inc.

2. On February 23, 2011, plaintiff sued defendant.

3. Plaintiff moves to dismiss only defendant Experian Information Solutions, Inc., from this suit.

4. Defendant, Experian Information Solutions, Inc., has not served an answer, and agrees to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice as to claims made against defendant Experian Information Solutions, Inc., only.

/s/ James C. Mosser
James C. Mosser
Texas Bar No. 00789784
17110 Dallas Parkway, Suite 290
Dallas, Texas  75248
Telephone 972-733-3223
Facsimile 972-267-5072
jmosser@mosserlaw.com
Lawyers for Plaintiff Jeffrey Ray


and

/s/ Sean McCarthy
Sean McCarthy
Associate
Jones Day
717 Texas Avenue, Suite 3300
Houston, TX  77002
832-239-3829 Direct Dial
832-239-3600 Facsimile
Attorney for defendant
Experian Information Solutions, Inc.