IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JEFFREY RAY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 4:11-cv-91 |
| v. | § | |
| | § | JUDGE CLARK/JUDGE MAZZANT |
| WELLS FARGO BANK, N.A., | § | |
| | § | |
| *Defendant*. | § | |

## FINAL JUDGMENT

This Final Judgment is entered pursuant to Fed. R. Civ. P. 58, and the court's Order Overruling Plaintiff's Objections to Judge Mazzant's Report and Recommendation, entered contemporaneously with this Order.

IT IS ORDERED that Plaintiff Jeffrey Ray shall TAKE NOTHING of and from his claims against Defendant Wells Fargo Bank, N.A. Costs are taxed to Plaintiff. All relief not specifically granted herein is DENIED.

So **ORDERED** and **SIGNED** this **30** day of **May, 2012.**

_____
Ron Clark, United States District Judge